UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60921-CIV-COHN/SELTZER

LINEA ITALIA SILVER & GOLD,
S.R.L., a foreign corporation,

      Plaintiff,

vs.

L.P. WATCH GROUP, INC.,
a Florida corporation,

      Defendant.
_____/

## ORDER STAYING ACTION

**THIS CAUSE** is before the Court upon the Defendant's Suggestion of

Bankruptcy [DE 16].  The Court having carefully reviewed the filing and being otherwise

fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1.      The above-styled cause is hereby **STAYED** as to the Defendant, L.P. Watch

Group, Inc., pursuant to Section 362 of the United States Bankruptcy Code, 11

U.S.C. § 362;

2.      The Clerk may close this case for statistical purposes;

3.      The Court will retain jurisdiction over the Defendant/Debtor, and the case

shall be reopened upon Motion of either party or the Court's own motion if

circumstances change so that this action may proceed to final disposition;

4.      Plaintiff shall file a status report on or about December 1, 2010, if no motion to

reopen has been filed by that date.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 19th day of July, 2010.

JAMES I. COHN
United States District Judge

copies to:

counsel listed on CM/ECF